UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC; NATIONAL FEDERATION OF THE BLIND OF MASSACHUSETTS, INC.; ROBERT BARAN; STEVEN BOOTH; DEBRA DELOREY; RICHARD DOWNS; PRISCILLA FERRIS; THERESA JERALDI; MICHAEL KOSIOR; MARY ANN LAREAU; and BRANDY ROSE, <br><br>　　　　　　　　　Plaintiffs <br><br>　v. <br><br>AMERICA ONLINE, INC., <br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 99-12303-EFH |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and by joint stipulation of the parties, Plaintiffs National Federation of the Blind, Inc., National Federation of the Blind of Massachusetts, Inc., Robert Baran, Steven Booth, Debra Delorey, Richard Downs, Priscilla Ferris, Theresa Jeraldi, Michael Kosior, Mary Ann Lareau, and Brandy Rose hereby agree to dismiss all claims against Defendant America Online, Inc. in the above-referenced action, without prejudice.

*7-26-00*

*Joint Stipulation of Dismissal is approved*

*[signature]*

Each party shall bear its own legal fees and costs.

>NATIONAL FEDERATION OF THE BLIND, INC.; NATIONAL FEDERATION OF THE BLIND OF MASSACHUSETTS, INC.; ROBERT BARAN; STEVEN BOOTH; DEBRA DELOREY; RICHARD DOWNS; PRISCILLA FERRIS; THERESA JERALDI; MICHAEL KOSIOR; MARY ANN LAREAU; and BRANDY ROSE
>
>By their attorneys,
>
>_____
>Joseph P. Davis III, BBO# 551111
>Adler Pollock & Sheehan, P.C.
>175 Federal Street
>Boston, Massachusetts 02110-2890
>(617) 482-0600
>
>_____
>Daniel F. Goldstein
>Brown, Goldstein & Levy, LLP
>520 W. Fayette Street, Suite 300
>Baltimore, Maryland 21201
>(410) 962-1030
>
>AMERICA ONLINE, INC.
>
>By its attorneys,
>
>_____
>Elizabeth B. Burnett BBO# 66120
>Kenneth M. Bello BBO# 36630
>Diane E. Gwin BBO# 640891
>Mintz, Levin, Cohn, Ferris,
>   Glovsky and Popeo, P.C.
>One Financial Center
>Boston, Massachusetts 02111
>(617) 542-6000

Dated: July 26, 2000
LITDOCS:1205287.1(P%0701!.DOC)
07/26/00 10:31 AM

# ADLER POLLOCK & SHEEHAN

Adler Pollock & Sheehan P.C.

175 Federal Street
Boston, MA 02110-2890
Telephone (617) 482-0600
Fax (617) 482-0604

2300 BankBoston Plaza
Providence, RI 02903-2443
Telephone (401) 274-7200
Fax (401) 751-0604 / 351-4607

July 26, 2000

Clerk's Office
U.S. District Court
U.S. District Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: National Federation of the Blind, Inc., et al.
Vs: American Online, Inc.
    Civil Action No. 99-12303-EFH

Dear Sir or Madam:

With respect to the above captioned matter, please find enclosed a Joint Stipulation of Dismissal Without Prejudice.

Thank you for your attention to this matter. If you should have any questions or comments, please contact my office.

Very truly yours,

Joseph P. Davis, III.

JPD/maw
Enclosures

cc: Honorable Edward F. Harrington